IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| C.C., K.F., C.M., A.O., A.H and C.A., *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>ASPEN DENTAL MANAGEMENT, INC.,<br><br>Defendant. | Case No. 1:24-cv-01353 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby give notice that their claims in this action against Defendant Aspen Dental Management, Inc. are voluntarily dismissed without prejudice.

Dated: February 27, 2024        Respectfully submitted,

*/s/ David S. Almeida*

**ALMEIDA LAW GROUP LLC**
David S. Almeida
Britany A. Kabakov
849 W. Webster Avenue
Chicago, Illinois 60614
Phone: 312-576-3024
david@almeidalawgroup.com
britany@almeidalawgroup.com

***Attorneys for Plaintiffs & the Class***